No. 63275.—Pam Import *v.* United States, protest 58/3749 (New York).

Opinion by OLIVER, C. J. At the trial, plaintiff testified that the articles in question are used to ornament ashtrays, earrings, cuff links, pill boxes, and perfume containers and that she has never used them on lipstick cases. It was held that "when the classification of the collector is challenged, the dual burden of proving that such classification is incorrect and that its own claimed classification is correct, rests upon the importer" (*Yardley & Co., Ltd., et al.* v. *United States*, 41 C.C.P.A. 85, C.A.D. 533). On the basis of the record presented, the protest was overruled, the court holding that the plaintiff failed to meet the required burden of proof under the cited authority.